# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| CARDRICK D. FLOWERS<br>ADC #130688 | PLAINTIFF |
| v. | 3:25-cv-00084-KGB-JJV |
| DEXTER PAYNE,<br>Director, ADC; *et al.* | DEFENDANTS |

## ORDER

Cardrick D. Flowers ("Plaintiff") is a prisoner in the Grimes Unit of the Arkansas Division of Correction ("ADC") who has filed a *pro se* Amended Complaint alleging that on March 18, 2025, Defendants Payne, Budnik, Roberts, Massing, Harris, Evans, Zuber, Cox, and Bovee violated his Fourth and Eighth Amendment rights when they strip searched him and escorted him naked through the Unit. (Doc. 7.) I conclude, for screening purposes only, he has pled a plausible claims for relief, under 42 U.S.C. § 1983, against these Defendants in their official and individual capacities.[1]

IT IS, THEREFORE, ORDERED that the Clerk shall prepare summons for Defendants Payne, Budnik, Roberts, Massing, Harris, Evans, Zuber, Cox, and Bovee through the ADC Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612. The United States Marshal shall serve the summonses, Amended Complaint (Doc. 7), and this Order on them without prepayment of fees and costs or security therefor.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that: (1) are frivolous or malicious or fail to state a claim upon which relief may be granted; or (2) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b).

DATED this 11th day of June 2025.

                                                      _____
                                                      JOE J. VOLPE
                                                      UNITED STATES MAGISTRATE JUDGE