IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CARDRICK D. FLOWERS                                                                                          PLAINTIFF
ADC #130688

v.                                              3:25-cv-00084-KGB-JJV

DEXTER PAYNE,
Director, ADC; *et al.*                                                                                      DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to Chief United States District Judge Kristine G. Baker. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

I.      INTRODUCTION

Cardrick D. Flowers (Plaintiff) filed a *pro se* Amended Complaint, pursuant to 42 U.S.C. § 1983, alleging his Fourth and Eighth Amendment rights were violated after he was strip searched on March 18, 2025, at the Grimes Unit of the Arkansas Division of Correction (ADC). (Doc. 7.) Specifically, he alleges: (1) Defendants Corporal Micheal Roberts, Sergeant Peter Massing, Corporal Austin Cox, Corporal Benard Bovee, and Sergeant Erin Zuber violated the Eighth Amendment by intentionally leaving him naked after the search was over to humiliate him; (2) Defendants Warden Claudia Harris, Major Cory Evans, ADC Director Dexter Payne, and Warden Christopher Budnik failed to take corrective action; and (3) the Grimes Unit had a strip search

1

policy and/or practice that violated the Fourth Amendment.

Now before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. No. 40.) The Motion states, "Plaintiff and Defendants, Dexter Payne, Christopher Budnik, Micheal Roberts, Peter Massing, Claudia Harris, Cory Evans, Erin Zuber, Austin Cox, and Benard Bovee, have resolved the claims pending before this Court, having executed a Release and Settlement Agreement, which includes dismissal of this action with prejudice." For good cause shown, I find the Motion should be granted and, pursuant to the settlement agreement, this matter dismissed with prejudice.

## IV. CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Joint Stipulation of Dismissal with Prejudice be GRANTED and this matter be dismissed.

Dated this 24th day of November 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE