IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CARDRICK D. FLOWERS**                                                                                   **PLAINTIFF**
ADC #130688

v.                                    Case No. 3:25-cv-00084-KGB

**DEXTER PAYNE,** *et al.*                                                                                **DEFENDANTS**

### ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe addressing the parties' joint stipulation of dismissal with prejudice (Dkt. No. 41). Also pending before the Court are a Partial Recommended Disposition ("First Partial Recommendation"), screening plaintiff Cardrick D. Flowers's claims (Dkt. No. 9), and a Partial Recommended Disposition ("Second Partial Recommendation"), recommending that the Court grant, in part, and deny, in part, a pending motion for summary judgment on the issue of exhaustion (Dkt. Nos. 37; 26). Both of the Partial Recommendations were entered first, prior to the Recommendation. The Court will address each in turn.

The Court has reviewed the First Partial Recommendation. The time for filing objections to the First Partial Recommendation has passed, and no objections were filed. Accordingly, after careful consideration, the Court concludes that the First Partial Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 9). As a result, Flowers is permitted to proceed with his Fourth and Eighth Amendment claims against defendants Payne, Budnik, Roberts, Massing, Harris, Evans, Zuber, Cox, and Bovee in their official and individual capacities (*Id.*, at 4). The Court dismisses without prejudice Flowers's claims against defendant Lee (*Id.*). The Court certifies that an in forma pauperis appeal from this Order adopting the First Partial Recommendation would not be taken in good faith.

The Court has reviewed the Second Partial Recommendation (Dkt. No. 37). Flowers filed objections to the Second Partial Recommendation (Dkt. No. 39). Given that Flowers and defendants Payne, Budnik, Roberts, Massing, Harris, Evans, Zuber, Cox, and Bovee who filed the pending motion for summary judgment on the issue of exhaustion have resolved their claims based on their recent filing (Dkt. No. 40), the Court denies as moot the Second Partial Recommendation and the pending motion for summary judgment on the issue of exhaustion (Dkt. Nos. 26; 37).

Also before the Court is the Recommendation that indicates Flowers and defendants Payne, Budnik, Roberts, Massing, Harris, Evans, Zuber, Cox, and Bovee have resolved the claims pending before this Court and have executed a Release and Settlement Agreement, which includes dismissal of this action with prejudice (Dkt. No. 41, at 2). Flowers has responded to the Recommendation by filing a motion to consent final judgment by Magistrate Judge Joe Volpe in which he agrees the parties reached a "full compromise and settlement agreement" (Dkt. No. 42, ¶ 1), and Flowers asks that the Court dismiss the matter with prejudice (*Id*., ¶ 3). Accordingly, after careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court grants the parties' joint stipulation of dismissal with prejudice (Dkt. No. 40), grants Flowers's motion for judgment (Dkt. No. 42), and dismisses with prejudice Flowers's claims pending against defendants Payne, Budnik, Roberts, Massing, Harris, Evans, Zuber, Cox, and Bovee (Dkt. No. 7).

So ordered, this 18th day of December, 2025.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge